IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KELLI MORNINGSTAR, | |
| Plaintiff, | CIVIL ACTION NO.: 4:24-cv-121 |
| v. | |
| CITY OF MIDWAY, GEORGIA, | |
| Defendant. | |

**O R D E R**

The parties request a Court Order under Federal Rule of Evidence 502(d).  Doc. 11 at 13. Rule 502(d) states:

> A federal court may order that the privilege or protection is not waived by disclosure connected with the litigation pending before the court—in which event the disclosure is also not a waiver in any other federal or state proceeding.

Federal courts routinely enter such orders upon request of the parties.  See Diaz v. Chapters Health Sys., Inc., No. 818CV3052T36, 2019 WL 1498873, at *1 (M.D. Fla. Apr. 1, 2019) (collecting cases).  Having fully considered the parties' request and for good cause shown, the Court **GRANTS** the request for a Court Order under Federal Rule of Evidence 502(d). Attorney-client privilege or work product protection is not waived by disclosure connected with this litigation, which also extends to any other federal or state proceeding.  This Order is subject to the following modifications:

(1) Nothing in this Order shall be construed as relieving any party from the obligation imposed by Local Rule 79.7 to file a motion seeking the sealing of confidential documents; and

(2) Nothing in this Order shall be construed as limiting the Court's discretion to determine whether evidence should be protected from public disclosure in contravention of the strong presumption in favor of access to court records.

**SO ORDERED**, this 19th day of August, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA